UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. MOORE, | : |
|         Plaintiff, | : Case No. C2 05 1065 |
| | : Judge Michael H. Watson |
| v. | : Magistrate Judge Kemp |
| | : |
| ABBOTT LABORATORIES, INC. et al., | : **STIPULATION OF DISMISSAL WITH** |
| | : **PREJUDICE AND ORDER** |
|         Defendants. | : |

Pursuant to Federal Civil Rule of Procedure 41(a)(1)(ii), Plaintiff William J. Moore and Defendants Abbott Laboratories, Abbott Laboratories, Inc., and Abbott Laboratories Ross Products Division hereby stipulate to the voluntary dismissal of this action, with prejudice. Each party shall pay their own costs.

/s/ Russell A. Kelm
Russell A. Kelm   (0011034)
Joanne W. Detrick (0041512)
**LAW OFFICES OF RUSSELL A. KELM**
37 West Broad Street
Columbus, Ohio 43215
Telephone: (614) 246-1000
Fax: (614) 246-8110
Email: kelm@kelmlawfirm.com
       detrick@kelmlawfirm.com

/s/ James F. Hurst
James F. Hurst
Derek J. Sarafa
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, Illinois  60601
Telephone: (312) 558-5600
Facsimile:  (312) 558-5800
Email:  jhurst@winston.com
       dsarafa@winston.com

/s/ Jeffrey S. Hiller
Jeffrey S. Hiller
**LITTLER MENDELSON, P.C.**
Fifth Third Center
21 East State Street, Suite 1600
Columbus, Ohio 43215-4228
Telephone: (614) 463-4201
Facsimile:  (614) 221-3301
Email: jhiller@littler.com

SO ORDERED:

Dated: 10/31/11

_____
JUDGE MICHAEL H. WATSON